1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHARD MARSHELL,<br><br>                   Plaintiff,<br>   v.<br><br>MILLENIUM AND COPTHORNE HOTELS PLC; MILLENIUM HOTELS AND RESORTS; MILLENIUM BILTMORE HOTEL and DOES 1 to 20, inclusive,<br><br>              Defendants. | Case No. 2:13-cv-03729-ODW(CWx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

10
11
12
13
14
15
16
17

In light of the parties' representations in the filed Notice of Settlement, the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Monday, February 3, 2014**, why settlement has not been finalized.  No hearing will be held on this matter.  All other dates are **VACATED** and taken off calendar.  This order to show cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

    **IT IS SO ORDERED.**

    December 19, 2013

18
19
20
21
22
23
24
25
26
27
28

                                       _____

                                           OTIS D. WRIGHT, II<br>                               UNITED STATES DISTRICT JUDGE